**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 28 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM JERMAINE FLETCHER, | No. 20-35647 |
| Plaintiff-Appellant, | D.C. No. 1:14-cv-00532-BLW |
| v. | |
| CORIZON HEALTH, INC., and employees; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Idaho
B. Lynn Winmill, District Judge, Presiding

Submitted July 19, 2021[**]

Before: SCHROEDER, SILVERMAN, and MURGUIA, Circuit Judges.

Former Idaho state prisoner William Jermaine Fletcher appeals pro se from

the district court's orders denying his post-judgment motions to reopen his 42

U.S.C. § 1983 action alleging inadequate dental care. We have jurisdiction under

28 U.S.C. § 1291. We review for an abuse of discretion the denial of a motion

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

under Federal Rule of Civil Procedure 60(b). *Sch. Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). We affirm.

The district court did not abuse its discretion by denying Fletcher's post-judgment motions to reopen because Fletcher failed to establish any grounds for relief. *See id.* at 1262-63 (setting forth factors for reconsideration and relief from judgment under Rule 60(b)).

**AFFIRMED.**